UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT ABBOTT,

    Plaintiff,

v.                                 Case No. 3:19-cv-642-J-39MCR

CORIZON, LLC and WOODROW A.
MEYERS, JR.,

    Defendants.
_____

### ORDER

Plaintiff, an inmate of the Florida penal system, initiated this action by filing a pro se Civil Rights Complaint (Doc. 1) pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding in forma pauperis. See Order (Doc. 5). As defendants, Plaintiff names Corizon, LLC and Woodrow A. Meyers, Jr., in his role as Chief Operating Officer of Corizon. Plaintiff asserts Corizon, pursuant to a company policy, excessively delayed approving surgery to correct his broken wrist, in violation of the Eighth Amendment. As relief, he seeks compensatory and punitive damages.

To proceed, Plaintiff must file an amended complaint on the enclosed civil rights complaint form and in compliance with federal pleading standards. Federal Rule of Civil Procedure 8(a) requires a pleading to include a short and plain statement of the claim showing that the pleader is entitled to relief. Plaintiff's

allegations are not "short and plain." Plaintiff includes argument, case citations, and "evidence" to substantiate his claims. In amending his complaint, Plaintiff should streamline his allegations to comply with Rule 8. And he should not include legal argument or evidence. To the extent the case proceeds, Plaintiff will have an opportunity later to present legal argument and evidence.

If Plaintiff chooses to file an amended complaint, he should assess his case and name as defendants only those individuals allegedly responsible for violating his federal constitutional rights. Currently, Plaintiff names Woodrow A. Meyers as a defendant, though he does not attribute any factual allegations or wrongdoing to Defendant Meyers. To the extent Plaintiff names Defendant Meyers in his official capacity as a representative of Corizon, such a claim is redundant of the one against Corizon.

Plaintiff also should clearly articulate the nature of his claim against each named defendant by stating the specific constitutional right or federal law each defendant allegedly violated. To the extent Plaintiff intends to assert a conspiracy claim under § 1983, he should know a corporation may not conspire with itself or its employees. A conspiracy requires a "multiplicity of actors." McAndrew v. Lockheed Martin Corp., 206 F.3d 1031, 1036 (11th Cir. 2000).

In amending his complaint, Plaintiff must also adhere to the following general instructions.

1. The amended complaint must be marked, "Amended Complaint."

2. The amended complaint must name as defendants only those who had been acting under color of state law and are responsible for the alleged constitutional violation.

3. The amended complaint must state the full names of each defendant (to the extent Plaintiff knows them) in the style of the case on the first page and in section I.B.

4. The list of defendants named on the first page must match the list of named defendants in section I.B.

5. The amended complaint (or a separate filing) must include current addresses for each defendant so the Court can direct service of process.

6. Under "Basis for Jurisdiction" in section II, Plaintiff must state the specific constitutional right or federal law each defendant allegedly violated.

7. In section IV, "Statement of Claim," there must be a clear description of how **each** defendant was involved in the alleged violation(s). The allegations should be stated in numbered paragraphs, each limited to a single set of circumstances. Plaintiff should separately explain the facts giving rise to his individual claims for relief, and he should clearly state how each defendant is responsible for each alleged violation.[1]

8. In section V, "Injuries," there must be a statement concerning how **each** defendant's action or omission injured Plaintiff.

9. In section VI, "Relief," there must be a statement of what Plaintiff seeks through this action.

---

[1] Plaintiff may attach additional pages if necessary, but he should continue to number the paragraphs for a clear presentation of his factual allegations supporting each claim.

Plaintiff must sign and date the amended complaint after the following statement on the form:

> Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Before signing the amended complaint, Plaintiff must ensure his assertions are truthful and he has not knowingly made false material declarations. He must neither exaggerate nor distort the facts but instead must truthfully state the facts underlying his claims. Knowingly making a false material declaration in violation of 18 U.S.C. § 1623 is punishable by a fine, imprisonment, or both.

The **Clerk** shall send Plaintiff a civil rights complaint form. By **August 15, 2019,** Plaintiff must complete the form, following the instructions provided in this Order and on the form, and mail the amended complaint to the Court for filing. Also by **August 15, 2019,** Plaintiff must mail to the Court one copy of the amended

complaint (including exhibits)[2] for each named defendant. Failure to comply may result in the dismissal of this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of July, 2019.

*[signature]*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Jax-6
c:
Robert Abbott

---

[2] Plaintiff may include exhibits, such as grievances or medical records. Plaintiff must individually number each exhibit in the lower right-hand corner of each exhibit. If his first exhibit has multiple pages, he should number the pages 1-A, 1-B, 1-C, etc.