Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
JACKSONVILLE Division

Robert Abbott
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

CORIZON LLC
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:19-cv-642-J-39 MCR
(to be filled in by the Clerk's Office)

Jury Trial Demanded

FILED 2019 AUG 12 PM 12:17
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

## AMENDED
## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Robert Abbott
- All other names by which you have been known: NONE
- ID Number: 945864
- Current Institution: Columbia Correctional Institution (Annex)
- Address: 216 S.E. Corrections Way
  - City: Lake City
  - State: Florida
  - Zip Code: 32025

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Corizon LLC
- Job or Title (if known): Healthcare Service
- Shield Number: —
- Employer: —
- Address: 103 Powell Ct.
  - City: Brentwood
  - State: Tenn
  - Zip Code: 32027
- [✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: Not Applicable
- Job or Title (if known):
- Shield Number:
- Employer:
- Address:
  - City:
  - State:
  - Zip Code:
- [ ] Individual capacity  [ ] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: NOT Applicable
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code
☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name: NOT Applicable
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code
☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Healthcare Service violated prisoner's Eighth Amendment Right to timely treatment for broken bones with unreasonable delay and deliberate Indifference.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

State employed Corizon to provide healthcare function which is traditionally the exclusive prerogative of State. Due to the symbiotic Relationship which existed, the conduct is fairly attributable to "under color of State law.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Not Applicable

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The events giving rise to claim arose at the Union Correctional Institution on September 22nd, 2015. Robert Abbett fell in A-Area Court yard and sustained severe injuries.

Continuation of IV Statement of claim. Section B.

On September 23rd the institution's radiologist verified Abbott's wrist was broken in two places and swollen twice its normal size.

Doctor Perez indicated that when a patient is affected with broken bones, expedited orthopedic surgery was necessary.

The Regional Medical Director eschewed Doctor diagnostic decision in favor of alternate treatment plan. The alternate treatment plan ginned up was an ace bandage and sling and a referal to orthopedic surgeon. According to Doctor Perez, Corizon's protocol did not allow for emergency transport to offsite hospital for his type of injury.

4A

To elaborate further, due to Corizon's state-wide cost-containment policies, prisoner was denied timely orthopedic surgery. Furthermore, the medication was inadequate to deal with the type of pain fairly attributable to broken bones.

The inordinate delay and inadequate pain medication was governed by non-medical reasons. The drive for profitability placed the bottom line ahead of elderly patient's health and wellbeing. Such treatment is qualitative below standard of care already paid for by Florida taxpayers. The inappropriateness of this industrial-scamming demonstrates a certain amoral ruthlessness at the patient's expense. The "Healthcare Service" is a term that lends this bloated conglomerate much more dignity than it deserves.

4B

CONTINUATION OF V INJURIES.

NATURAL CONSEQUENCE OF EXCESSIVE delay in treatment, prisoner's orthopedic injures were rendered more acute and detrimentally exacerbated.

1. The left wrist is in the state of deformed. The altered shape resulting from deformation causes chronic ache. Further, prisoner suffers hand dysfunction and inability to bend his fingers, and/or grip heavy items.

2. The knee and hip fractures went untreated. As a consequence, over time, these time-sensitive injuries evolved into a painful joint disease known as Osteoarthritis.

3. Corizon elevated their own policy over cognizable serious medical needs of prisoner, which led to needless pain, emotional distress, and overall decreased function of hand.

5A

C. What date and approximate time did the events giving rise to your claim(s) occur?

September 22, 2015. Approximately 9:30 A.M.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Corizon has a company policy which routinely denied sending prisoners to outside hospital on emergency basis to repair broken bones. The screening process and scheduling

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The initial injuries were as follows:

2 broken bones in left wrist. Additionally, prisoner fractured his right knee and hip which went untreated altogether. The

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensatory damages of 300,000 dollars

Punitive Damages of 600,000 dollars.

Continuation in Statement of Claim Section D

Process required 13 days for consultation with orthopedic surgeon on September 23, 2015. Doctor Maxwell Steel's diagnosis included the following point:

1. The first 24 hours were critical in proper treatment of broken bones, particularly in elderly patients.

2. Doctor Steel averred that excessive delay could only exacerate the injuries and possibly cause the necessary surgery to be more complicated.

3. Excessive delay would endanger complete recovery.

In December, 2016 prisoner Abbott filed a 1983 Civil Rights Action to force Corizon to arrange surgery. Perversely, Prisoner's critical surgery was held in abeyance for another three month. In other words, the surgery for serious broken bones was delayed six months from date of injury.

5A

Continuation of Section VI Relief.

Prison officials seized legal documents during shake-down. Prisoner was explicitly threatened with retaliatory disciplinary action if he persisted in his litigious ways. See Motion for Leave to File Amended Complaint for full specifications. Caused mental distress.

Futhermore, the orthopedic surgery should have been performed timely fashion by Corizon exercising that degree of care recognized as universal by reasonably similar healthcare providers. Corizon was negligent.

Corizon's interfence with Doctor Perez's diagnostic decision was improper, showed "deliberate Indifference" to a serious need. This shoddy medical care and excessive delay in corrective surgery has resulted in disabilities beyond that contemplated by the incarceration itself.

The inordinate delay left Plaintiff in pain, limits his activities and there is a reasonable possibility of future therapy will be necessary. The aforementioned facts justify the imposition of compensatory and punitive damages prayed for.

5B

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Union Correctional Institution

Raiford, Florida

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

U

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No   Not Applicable

E. If you did file a grievance:

1. Where did you file the grievance? Formal grievance on form DC6-236 to Warden on 9-25-15 about inadequate pain medication and undue delay in treatment, Union Correctional Institution, Raiford, Florida.

2. What did you claim in your grievance?

Inadequate pain medication and undue delay in treating of broken bones.

3. What was the result, if any?

The Warden's office denied grievance and informed prisoner of his right to appeal to the office of the Secretary.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Prisoner then filed a timely forma grievance to the office of the Secretary of DOC on form DCI-303 on October 16, 2015. The grievance went unanswered pursuant to 33-103.007(4)(B).

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   Not Applicable

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Not Applicable

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The office of the Secretary of D.O.C. failed to respond to formal grievance as required by 33-103.007 (6)(b), Chapter 33-103.77 (4) allows a prisoner to proceed with judicial remedies absent reply.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Not Applicable

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Robert Abbott
   Defendant(s) State of Florida, Julie Jones and Personal of Corizon.

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Federal District Court, Middle District, Jacksonville Division

3. Docket or index number
   3:15-cv-1519-J-34 MCR

4. Name of Judge assigned to your case
   The Honorable Monte C. Richardson

5. Approximate date of filing lawsuit
   December 23, 2016.

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. May 3, 2016

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed without Prejudice, Can't Recall Filing Appeal.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Robert Abbott
   Defendant(s) Officer Weeks

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United States District Court, Middle District of Florida Jacksonville Division

3. Docket or index number
   Unknown because officials confiscated all documents.

4. Name of Judge assigned to your case
   Unknown because penal officials confiscated all legal documents.

5. Approximate date of filing lawsuit
   Unknown because penal officials confiscated all documents.

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition   Unknown

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Dismissed for failure to state an ~~actable~~ Actionable claim.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-8-19

Signature of Plaintiff: Robert Abbott
Printed Name of Plaintiff: Robert Abbott
Prison Identification #: 945864
Prison Address: Columbia Correctional Institution (Annex)
Lake City, Florida 32025

### B. For Attorneys

Date of signing: 

Signature of Attorney: Not Applicable
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

Page 11 of 11