UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT ABBOTT,

    Plaintiff,

v.      Case No. 3:19-cv-642-J-39MCR

CORIZON, LLC,

    Defendant.
_____

**ORDER**

Plaintiff's Motion for the Appointment of Counsel (Doc. 30) is **DENIED without prejudice** for the same reasons previously stated. See Order (Doc. 20). Plaintiff has not presented exceptional circumstances that would warrant the appointment of counsel at this time. The Court, however, may sua sponte reconsider Plaintiff's request if circumstances of the case change (for example, if the case proceeds to trial).

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of March, 2020.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 3/12
c:
Robert Abbott, #945864
Counsel of Record